STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. EDWIN W. DORCH, PLAINTIFF IN ERROR.

Submitted February 17, 1939—Decided April 21, 1939.

For the defendant in error, *David T. Wilentz,* attorney-general, and *Alexander F. Ormsby,* assistant attorney-general.

For the plaintiff in error, *Thomas Brunetto.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Parker, Case, Bodine, Donges, Porter, Hetfield, Dear, Wells, WolfsKeil, Rafferty, Hague, JJ. 13.

*For reversal*—None.